: brian-anthony: grogan.
~G.P.O.-Box-21212
~el-cajon, ~calif. [92021]



[Plain-Simple-English & Plain-Simple-Counting-Systems]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

: brian-anthony: grogan dba BRIAN A
. GROGAN (FICTITIOUS-CORPORATE-
ENTITY represented by Authorized-
Representative, Attorney-In-Fact)

Claimant,

vs.

BIRD ROCK HOME MORTGAGE, LLC,
ARCHWELL HOLDINGS LLC dba ARCHWELL
MANAGEMENT LLC dba NESTOR SOLUTIONS
LLC/ NESTOR TRUSTEE SOLUTIONS LLC,
MERSCORP HOLDINGS INC. dba MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS INC.
a.k.a. "MERS", CMG MORTGAGE INC. dba
CMG FINANCIAL a.k.a. C2 FINANCIAL
CORPORATION, FREEDOM MORTGAGE
CORPORATION dba FREEDOM MORTGAGE,
ALLY BANK, NATIONWIDE TITLE CLEARING,
LLC, LARSON FINANCIAL HOLDINGS LLC dba
CENLAR, FLAGSTAR BANK, COUNTY OF SAN
DIEGO, SDGE a.k.a. San Diego Gas & Electric
and all the following natural men/women
individually known as: Stephen Niednagel,
Daniel Niednagel, Stanley C. Middleman,
Justin Bradley Roberts, Tracy Rogers, Steven
Shaw, John Hillman, Christopher M. George,
Giovanna Nichelson, Cierra Padgett, Michael
Middleman, Gregory Middleman and Does 1
to 50.

Defendants.

) Case No.: 24CV1618 BEN DEB
)
)
) CLAIMANT, : brian-anthony: grogan dba
) BRIAN A. GROGAN'S (FICTITIOUS-
) ENTITY)
) VERIFIED AMENDED COMPLAINT FOR:
)
)    **(1) DECLARATORY RELIEF;**
)    **(2) QUIET TITLE;**
)    **(3) BREACH OF CONTRACT;**
)    **(4) UNJUST ENRICHMENT;**
)    **(5) INVOLUNTARY SERVITUDE;**
)    **(6) UNLAWFUL CONVERSION;**
)    **(7) BREACH OF IMPLIED COVENANT OF GOOD**
)        **FAITH AND FAIR DEALING;**
)    **(8) ACTION FOR NEGLECT TO PREVENT;**
)    **(9) CLOSURE;**
)    **(10) COERCION;**
)    **(11) BANK AND TAX FRAUD**
)    **(12) FRAUD**
)    **(13) MAIL FRAUD**
)    **(14) COLOR OF TITLE**
)    **(15) RICO**
)    **(16) CONSPIRACY**
)
) **NAMING ADDITIONAL DEFENDANTS: BIRD ROCK**
) **HOME MORTGAGE LLC, Stephen Niednagel, Daniel**
) **Niednagel.**
)
)
)

CLAIMANT, : brian-anthony: grogan dba GROGAN, BRIAN A. VERIFIED COMPLAINT

## CLOSURE

This entire complaint is written in plain and simple English for the comprehension of the reader and is submitted with duress as Claimant's preference is to be completely correct and submit a Correct-Sentence-Structure-Communication-Parse-Syntax-Grammar-Claim for the voidance of the perjury and can and will do so upon request by any qualified authority requesting such document.

## OPENING STATEMENT

Claimant, : brian-anthony: grogan, a living-man, dba BRIAN A. GROGAN ("Grogan")(a FICTITIOUS-CORPORATE-ENTITY represented by the Attorney-in-fact/ Authorized-Representative), against BIRD ROCK HOME MORTGAGE LLC, ARCHWELL HOLDINGS LLC dba ARCHWELL MANAGEMENT LLC dba NESTOR SOLUTIONS LLC/ NESTOR TRUSTEE SOLUTIONS LLC, MERSCORP HOLDINGS INC. dba MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. a.k.a. "MERS", CMG MORTGAGE INC. dba CMG FINANCIAL a.k.a. C2 FINANCIAL CORPORATION, FREEDOM MORTGAGE CORPORATION dba FREEDOM MORTGAGE, ALLY BANK, NATIONWIDE TITLE CLEARING, LLC, LARSON FINANCIAL HOLDINGS LLC dba CENLAR, FLAGSTAR BANK, COUNTY OF SAN DIEGO, SDGE a.k.a. San Diego Gas and

Electric and all the following living-natural men/women individually known as:
Stephen Niednagel, Daniel Niednagel, Stanley C. Middleman, Justin Bradley
Roberts, Tracy Rogers, Steven Shaw, John Hillman,  Christopher M. George,
Giovanna Nichelson, Cierra Padgett, Michael Middleman, Gregory Middleman and
Does 1 to 50 ("DEFENDANTS") alleges as follows:

## INTRODUCTION

1. This is an action for damages incurred by Claimant-GROGAN resulting
   from the above listed Defendants FRAUDULENT volitions including but
   not limited to: Fraud, Breach of Contract, Unjust Enrichment, Fictitious
   Conveyance of Grammar, False and Mis-leading Statements, Unlawful
   Conversion, Involuntary Servitude,  Coercion, Mail Fraud, Breach of
   Implied Covenant of Good Faith and Fair Dealing, Violation of California
   Civil Code §2924, Violation of the Rosenthal Fair Debt Collection Practices
   Act California Civil Code §§ 1788 et seq, Negligence, Unfair Competition
   (B & P Code §17200). Claimant has discovered the contract to be fraudulent
   thus **null and void** since its conception.

2. The Claimant and his family began looking for a property to purchase in
   early of January 2015 and finally found one of interest for purchase in late
   April of 2015. They reached out to a locally referred licensed Real Estate

Agent to purchase the property. The subject property is 1540 East Chase Avenue, El Cajon ("Property") [Assessor's ID # 498-260-03-00].

3. The financing loan of the purchase of the Property was coordinated/ conducted by the alleged Lender, C2 FINANCIAL CORPORATION aka CMG FINANCIAL LIC#01821025, NMLS#135622 and their Originator (MLO): Justin Bradley Roberts LIC#01294574, NMLS#238891.

4. The purchase price of the Property was approximately $689,000.00 of which GROGAN paid C2 FINANCIAL CORPORATION aka CMG FINANCIAL dba CMG MORTGAGE INC. a large deposit over several payments for the property amounting to approximately $125,000.00US.

5. The total of the alleged original-loan is $566,8086.00 as shown on the DEED OF TRUST DOC# 2015-0324437.

6. The Claimant and other investors have invested an additional $425,000.00 into the property from 2015- Current for renovation, improvements, maintenance and repairs to the property making the Private-Investors (Secured Parties) and the Claimant's investment into the property well over $887,202.40, not including the caretaking wages/ fees of $62,400.00 a year ($62,400 x 8.5 years = $530,400.00) as well as maintenance of the property such as utilities such as water, waste management, etc.. **Claimant's total investment into the property is well over $1.5M.**

7. Grogan made timely payments to CMG FINANCIAL dba CMG MORTGAGE INC. aka C2 FINANCIAL (Years: 2015-2016) as well as CENLAR (Years: 2017-2018), FLAGSTAR (Years: 2019-2020) and lastly, FREEDOM MORTGAGE CORPORATION (Years: 2021-2023) from the conception of the loan in June of 2015 to the last payment made in February of 2023 totaling the amount of $337,202.40 in payments made between these parties. Grogan halted making such payments when he became aware of the criminal activity occurring between the Finance Company, Servicers, and all involved parties thereof.

8. In February of 2023, Servicer FREEDOM MORTGAGE CORPORATION on behalf of CMG FINANCIAL sent the Claimant a notice inquiring as to February's late payment and claiming to be a Debt Collector in California. At that time, both CMG MORTGAGE INC. and FREEDOM MORTGAGE CORPORATION were not registered nor licensed in California with the Department of Financial Protection and Innovation (DFPI) as required by law.

9. Claimant-Grogan then researched into the deed/ title on file with the San Diego County Recorder's Office and found that FREEDOM MORTGAGE CORPORATION was not nor ever listed or assigned to the deed thus, without Authority and in violation of state and federal laws.

CLAIMANT, : brian-anthony: grogan dba GROGAN, BRIAN A. VERIFIED COMPLAINT

10. GROGAN sent out numerous Notices of Performance addressed to Stanley Middleman of FREEDOM MORTGAGE CORPORATION beginning on March 3, 2023- April 7, 2023, with a final outcome of Defendant Stanley C. Middleman, individually, DBA FREEDOM MORTGAGE CORPORATION receiving a Notice of Final Default and Estoppel regarding his alleged claim.

11. During this time, the Family of Grogan which consists of four offspring and his wife, was and still are highly involved with immediate relatives suffering from critical health issues such blood clots and heart attack complications along with a close uncle passing.

12. On May 31, 2023, when Defendant CMG MORTGAGE INC DBA CMG FINANCIAL aka C2 FINANCIAL, through its servicer Defendant, Tracy Rogers DBA MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), claiming to be the beneficiary under the deed of trust that secured the alleged mortgage/ loan caused to be recorded, with due haste, a Substitution of Trustee naming Defendant FREEDOM MORTGAGE CORPORATION as Trustee , a Notice of Default, and a Notice of Trustee's Sale.

13. Claimant alleges that amount of default in the Notice of Default and the unpaid principal balance in the Notice of Trustee's Sale, were not accurate and complete and were not supported by competent and reliable evidence.

14. On July 10, 2024, Claimant's home was sold at public auction via PREMIER contracted by Defendant NESTOR SOLUTION'S LLC to an apparent bona fide purchaser for the Sales Price of $951,000.00, well above value of the alleged loan balance of $527,749.75, without notice of any irregularity in Claimant's loan nor of any other deeds of title held by private secured party investors and established/ declared Lodial-Land-Patents on file with the San Diego County Recorder.

15. As a result of Defendants' actions, Claimant has been a victim and subject to involuntary servitude, coercion, unjust enrichment, bank robbery, unlawful conversion, loss of interests generated on the negotiable debt instruments out of the treasury without any closure, fraud on numerous levels, has spent a great deal of time, energy, and expense (which will be submitted to this case for recovery) defending the Estate from piracy/ robbery, threats from alleged debt collectors with claims of losing his property, the hard-worked equity in his home, suffering damage to his credit, , defamation of character/ reputation in the community as a minister, the mental stress implied on his family's well-being including four (4) offspring from ages 2-17 years of age, which undoubtedly has caused harm in the letter of the law and needs relief and any other damages that are associated with these fraudulent actions including but not limited to the cause of actions listed above.

## PARTIES

1. Claimant is : brian-anthony: grogan the living-breathing-man is Protector, Principal, Guardian, CFO, Authorized-Agent, with Power of Attorney-in-fact, with Revocation of all previous Power of Attorney, for handling all the Commercial Affairs for the Corporate-Fictitious-Entity BRIAN A. GROGAN due to the creation of his Corporate-Fictitious-Entity/ Trust which has been an agency/ vessel of the United States and a resident of the STATE OF CALIFORNIA in the county of Los Angeles since its beginning of September 12, 1970 of which has been secured/ claimed by :brian-anthony: grogan a Natural-Man, non-belligerent, non-combatant, as Beneficial-Owner of the Equitable Cesui Que Trust that denies infancy, is of the age of majority, managing and maintaining his own affairs, competent and aware of this, his standing, and not a member of the craft as pledged and is not a party to any 'Sovereign Citizen Movement' and documented by the attached 'Declaration of Status' and the DOCUMENT-CONTRACT-CORPORATION-VESSEL (Claim of the Live-Life) document with a true and correct copy attached as document EXHIBIT-A.

2. Defendant BIRD ROCK HOME MORTGAGE, LLC is a corporation organized and existing under the laws of California with its principal place of business at 1590 S. Coast Highway, Ste. 16, Laguna Beach, CA 92651

and Registered Agent Csc - Lawyers Incorporating Service located at 251 Little Falls Drive, Wilmington, DE 19808 US.

3. Defendant Stephen Niednagel ("Stephen") is a living-man and is an active agent of BIRD ROCK HOME MORTGAGE, LLC organized and existing under the laws of California with its principal place of business at 1590 S. Coast Highway, Ste. 16, Laguna Beach, CA 92651.

4. Daniel Niednagel ("Daniel") is a living-man and is an active manager of BIRD ROCK HOME MORTGAGE, LLC organized and existing under the laws of California with its principal place of business at 1590 S. Coast Highway, Ste. 16, Laguna Beach, CA 92651.

5. Defendant ARCHWELL HOLDINGS LLC dba ARCHWELL MANAGEMENT LLC dba NESTOR SOLUTIONS LLC/ NESTOR TRUSTEE SOLUTIONS LLC ("Nestor") is a corporation organized and existing under the laws of Florida with its principal place of business at 2950 W Cypress Creek Road, Fort Lauderdale, FL 33309 US.

6. Defendant Michael Middleman ("M. Middleman") is a living-man and is manager of ARCHWELL HOLDINGS LLC dba ARCHWELL MANAGEMENT LLC dba NESTOR SOLUTIONS LLC/ NESTOR TRUSTEE SOLUTIONS LLC organized and existing under the laws of

Florida with his principal place of business at 2950 W Cypress Creek Road, Fort Lauderdale, FL 33309 US.

7. Defendant Gregory Middleman ("G. Middleman") is a living-man and is manager of ARCHWELL HOLDINGS LLC dba ARCHWELL MANAGEMENT LLC dba NESTOR SOLUTIONS LLC/ NESTOR TRUSTEE SOLUTIONS LLC organized and existing under the laws of Florida with his principal place of business at 2950 W Cypress Creek Road, Fort Lauderdale, FL 33309 US.

8. Defendant Giovanna Nichelson ("Giovanna") is a living-woman and is Trustee Sale officer for NESTOR SOLUTIONS, LLC/ NESTOR TRUSTEE SOLUTIONS, LLC organized and existing under the laws of Florida with his principal place of business at 2950 W Cypress Creek Road, Fort Lauderdale, FL 33309 US.

9. Defendant Cierra Padgett ("Cierra") is a living-woman and is an Agent/Employee for FREEDOM MORTGAGE CORPORATION organized and existing under the laws of New Jersey with its principal place of business at 907 Pleasant Valley Ave, NJ 08054.

10. Defendant MERSCORP HOLDINGS INC. dba MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. a.k.a. MERS ("MERS") is a corporation organized and existing under the laws of Delaware with its

principal place of business at 5660 New Northside Drive NW, 3rd floor, Atlanta, GA 30328 and also has an address of P.O. Box 2026, Flint, MI 48501-2026, United States.

11. Defendant Tracy Rogers ("Tracy") is a living-woman and is claiming to be vice-president of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. a.k.a. ("MERS") which is a corporation organized and existing under the laws of Delaware with its principal place of business at 5660 New Northside Drive NW, 3rd floor, Atlanta, GA 30328 and also has an address of P.O. Box 2026, Flint, MI 48501-2026, United States.

12. Defendant Christopher M. George ("George") is a living-man and is founder and president of CMG Mortgage Inc. d.b.a. CMG FINANCIAL (#1820) a.k.a C2 FINANCIAL LIC#01821025, NMLS#135622 which is a corporation established in July of 1993 in Pleasanton, CA., portraying to be organized and existing under the laws of California with its principal place of business at 3160 Crow Canyon Road Suite 400, San Ramon, CA 94583.

13. Defendant Justin Bradley Rogers ("Justin") is a living-man and is the Originator (MLO)/ Broker/ C2 Loan Officer/ Authorized-Agent for C2 FINANCIAL a.k.a. CMG FINANCIAL d.b.a. CMG MORTGAGE INC. with license # 01294574/ NMLS# 238891 working in San Diego County and at all times herein mentioned, a resident of San Diego, California.

14. Defendant Stanley C. Middleman ("Stanley") is a living-man and is the founder and Chief Executive Officer of FREEDOM MORTGAGE CORPORATION and is doing business as FREEDOM MORTGAGE CORPORATION ("FREEDOM"). He and his company are recognized throughout the mortgage industry and is a huge advocate for expanding homeownership, particularly among Veterans. He also conveniently serves on the Residential Board of Governors for the Mortgage Bankers Association and is a member of the Housing Policy Executive Council. Freedom Mortgage is owned and operated by the Middleman family, organized and existing under the laws of New Jersey with its principal place of business at 907 Pleasant Valley Ave, NJ 08054.

15. Defendant John Hillman ("Hillman") is a living-man and is president of NATIONWIDE TITLE CLEARING LLC and is doing business as NATIONWIDE TITLE CLEARING LLC and is organized and existing under the laws of Florida with its principal place of business at 2100 Alt. 19 North, Palm Harbor, Florida 34683-1382.

16. Defendant Steven Shaw ("Shaw") is a living-man and was at the time, president of MERSCORP HOLDINGS INC. ("MERS") and is doing business as MERSCORP HOLDINGS INC. ("MERS") organized and existing under the laws of Delaware with its principal place of business at

5660 New Northside Drive NW, 3rd floor, Atlanta, GA 30328 and also has an address of P.O. Box 2026, Flint, MI 48501-2026, United States.

17. Defendant ALLY BANK d.b.a Ally Corporate Finance ("ALLY") NMLS# 3015 is a corporation, organized and existing under the laws of Michigan with multiple places of business including but not limited to 200 West Civic Center Dr Sandy, UT 84070 and Ally Detroit Center, 500 Woodward Ave Detroit, MI 48226.

18. Defendant LARSON FINANCIAL HOLDINGS LLC d.b.a CENLAR Central Loan Administration and Reporting ("CENLAR") is a corporation, organized and existing under the laws of Missouri with a principal place of business at 65 Lake Morton Drive, Lakeland, FL 33801.

19. Defendant FLAGSTAR BANK N.A. ("FLAGSTAR") is a corporation, organized and existing under the laws of New York with its principal place of business at 102 Duffy Avenue, Hicksville NY 11801.

20. Defendant COUNTY OF SAN DIEGO ("COSD") is a corporation, organized and existing under the laws of California with its principal place of business at 1600 Pacific Highway, San Diego, CA 92101.

21. Defendant Sempra Energy d.b.a. SDGE a.k.a. San Diego Gas and Electric is a corporation, organized and existing under the laws of California with its

principal place of business at 8330 Century Park Court San Diego, CA 92123 United States.

22. This dispute concerns the fraud committed by the thinking and actions of the above listed Defendants in relation to security interests and breach of contract in relation to private property and business practices conducted with the Claimant.

23. Claimant does not know the true names of all defendants, All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Adverse to Claimant's Title, or Any Cloud on Claimant's Title Thereto and DOES 1 through 50, inclusive, and therefore sues them by those fictitious names as well.

24. The names, capacities, and relationships of DOES 1 through 50 will be alleged by amendment to this complaint when they are known as well as any and all Exhibits and supporting documents. Claimant is informed and believes and based thereon alleges that each of the DOE defendants' claims, or may claim, some interest in the Private Property.

25. Claimant is informed and believes and based thereon alleges that at all times mentioned in this complaint, defendants were the agents and employees of their co-defendants, and in doing the things alleged in this complaint were acting within the course and scope of that agency and

employment.

## **JURISDICTION AND VENUE**

26. This court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), because the parties are citizens of different states and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

27. Venue lies in the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the acts and omissions giving rise to Claimant's claims occurred in San Diego County, California.

28. Claimant demands a fair trial in the federal court due to the profound amount of conspiracy occurring within the San Diego County, San Diego Superior Court, State Officials and all parties known, and unknown are subject to Title 18 U.S.C §241, Conspiracy against rights.

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured-They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to*

CLAIMANT, : brian-anthony: grogan dba GROGAN, BRIAN A. VERIFIED COMPLAINT

*kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

## <u>GENERAL ALLEGATIONS</u>

29. Claimant Grogan purchased his home located at ~1540-East-Chase-Avenue, ~El-Cajon ~California (the "property") in June of 2015 for the total sales price of $689,000.00.

30. Claimant financed the purchase of his home with $125,000.00US of private-funds and a loan provided by Originator (MLO): Justin Bradley Roberts LIC#01294574, NMLS#238891 representing C2 FINANCIAL CORPORATION LIC#01821025, NMLS#135622 DBA CMG FINANCIAL DBA CMG MORTGAGE INC.: a FHA fixed loan, secured by a first deed of trust in the amount of $566,086.00.

31. The FHA fixed loan contract accompanied with the Promissory Note ("Note") and its subordinate deed of trust is the subject of this lawsuit. The original lender, C2 FINANCIAL DBA CMG FINANCIAL DBA CMG MORTGAGE INC. and the beneficiary under this subordinate deed of trust was listed as Tracy Rogers, Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS").

32. From 2016-2021, the FHA loan was sold numerous times, but Claimant was not informed thus unaware of the entities that bought the loan from C2

FINANCIAL DBA CMG FINANCIAL DBA CMG MORTGAGE INC plus
the lack of closure associated with the use of the Grogan social security trust
account in funding and crediting the alleged loan in its conception.

33. GROGAN made timely payments to all the ***Actors in this Theatrical-Bank-Robbery-Performance*** such as CMG MORTGAGE DBA CMG
FINANCIAL DBA CMG MORTGAGE INC. aka C2 FINANCIAL (Years:
2015-2016) as well as CENLAR (Years: 2017-2018), FLAGSTAR BANK
(Years: 2019-2020), and FREEDOM MORTGAGE CORPORATION
(Years: 2021-2023) from the conception of the loan in June of 2015 to
January of 2023 totaling $337,202.40 in payments made to these parties and
halted making such payments when he became aware of the crimes taking
place including but not limited to breach of contract, fraud, involuntary
servitude (18 U.S.C. § 1584) , trespassing, tax-fraud, lack of closure, bank
robbery of his treasury account/ credit being used via fraud to create
Peonage, as well as violating/ damaging other Secured Parties (Holders in
Due Course with actual money invested) of the property.

34. On February 3, 2023, Servicer FREEDOM MORTGAGE CORPORATION
on behalf of CMG FINANCIAL sent the Claimant, Grogan, a standard 'late
notice' inquiring as to the Claimant's late payment and claiming to be a Debt
Collector in California, but at that time, both CMG MORTGAGE INC. and

FREEDOM MORTGAGE CORPORATION were not registered nor licensed in California with the Department of Financial Protection and Innovation (DFPI) as required by law.

35. At this point, Grogan files his first Mail-Fraud complaint with the United States Postal Inspector Service (USPIS) regarding the profound amount of fraud and criminal volitions used in the postal-article with the Postal Meter Number: 023 BIZUAP1 sent by FREEDOM MORTGAGE CORPORATION that could cause potential harm to the Claimant such as but not limited to**: ~Title-15: USCS~1692e: Fraud & misleading statements, Title-42: USCS~1986: Knowledge & stop-correct-wrongs, ~FRCP-9-B: Fraud by confession, ~Title-18: USCS~1001 & 1002: Fictional/false-statements/communications, ~Title~15: USCS~78 ~ ff: Penalty: $25,000,000, ~Title~42: USCS~1985-1: Conspiracy-Civil, ~Title~18: USCS~242 & 241: Color of the law/ Criminal-Conspiracy=Tort, ~Title~18: 1961: RICO, ~Title~18: USCS~3: Criminal-Participation-Knowledge, ~Title~42: USCS~1983: Personal-Damages.** A true and correct copy of the USPIS Complaint is attached and included in document Exhibit-B.

36. After filing this complaint with the USPIS regarding the alleged Servicer-FREEDOM MORTGAGE CORPORATION and after researching,

discovering that the company is conducting business in the State of California unlicensed/ with the Department of Financial Protection and Innovation (DFPI) as well as the lack of closure on the additional interests generated on the negotiable debt instruments out of the United States Treasury and the Note/ Security Instrument transferred over three (3) times in the course of 6 years combined with the profound amount of Mortgage Scams being conducted in the U.S. Market at the time, Claimant Grogan was left with very little options. As the Protector/ Principal/ Guardian/ CFO/ Authorized-Agent of the BRIAN A. GROGAN Corporate Entity, : brian-anthony: grogan the living-breathing man, began to research further into the mortgage lending process/ deed/ title on file with the San Diego County Recorder's Office and found that FREEDOM MORTGAGE CORPORATION was not even listed nor assigned to the deed thus, was without any authority and in violation of numerous Federal and California Laws.

37. Claimant researched and educated himself further and became aware of many criminal violations being committed by the Defendants that are required by: The Homeowner's Bill of Rights, Fair Debt Collections Practice Act, California's Rosenthal Act which all have specific requirements for debt collectors. 15 U.S.C. §1692g-Validation of Debts *(b)Disputed debts-*

*If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector. Collection activities and communications that do not otherwise violate this subchapter may continue during the 30-day period referred to in subsection (a) unless the consumer has notified the debt collector in writing that the debt, or any portion of the debt, is disputed or that the consumer requests the name and address of the original creditor. Any collection activities and communication during the 30-day period may not overshadow or be inconsistent with the disclosure of the consumer's right to dispute the debt or request the name and address of the original creditor.*

38. Directly after, on March 3, 2023, Claimant Grogan remaining in honor and attempting to settle Accounts for the Corporation BRIAN A. GROGAN, sent Defendant Stanley C. Middleman, Founder/CEO of FREEDOM MORTGAGE CORPORATION (defendant "Stanley") via USPS Registered Mail #: RF-504-652-575US, a private-post-article in regard to a **'Notice of Debt Validation/ Verification of Claim'** with a ten (10) day response time requesting: validation of the alleged debt, a copy of the signed contract by both parties, a true and certified copy of the Original Note (Credit Agreement) and any information regarding the Original-Note being sold and the duly authorized representative from their company, who has carried out

CLAIMANT, : brian-anthony: grogan dba GROGAN, BRIAN A. VERIFIED COMPLAINT

due diligence under the Money Laundering Control Act of 1986 and what actions s/he has taken in relation to this account. A true and correct copy of this postal-article is attached as document Exhibit-C.

39. Defendant Stanley fails to respond within the ten (10) day period thus Grogan sent a second private-post-article to Stanley on March 14, 2023, via USPS Registered Mail #: RF-504-652-540US with the same requests regarding accounting, Original Note, a duly authorized representative, and overall validation/ verification of the debt/ loan with a ten (10) day period to respond. A true and correct copy of this postal-article is attached and included in document Exhibit-C.

40. Defendant Stanley finally responds to Grogan on March 22, 2023, with a standard 'late notice' and monthly Mortgage Statement entirely disregarding the private-post-articles of request Grogan had sent regarding the Account. At this point, Grogan files his second mail-fraud complaint with the United States Postal Inspector Service (USPIS) regarding the Fraud and Misleading Statements-Title~15: USCS~1692e/ Fictional Communications- Title 18 USCS 1001 & 1002 used in Postal-Article with the Postal Meter Number: 023 BIZUAP1. A true and correct copy of the USPIS Complaint is attached and included in document Exhibit-B.

41. Claimant Grogan sends a third private-post-article of response to Stanley on March 27, 2023, via USPS Registered Mail #: RF-504-652-536US with the same requests regarding accounting, Original Note, a duly authorized representative, and overall validation/ verification of the debt/ loan with a ten (10) day period to respond, allowing Stanley an **'Opportunity to Cure'**. A true and correct copy of this postal-article is attached and included in document Exhibit-C.

42. On April 6, 2023, Stanley sends a postal article in regard to a balance due and nothing regarding the private requests Grogan has made three (3) times regarding the validation of debt, accounting, etc.

43. Grogan is compelled to file a third mail-fraud complaint with the United States Postal Inspector Service (USPIS) regarding the Fraud and Misleading Statements-Title~15: USCS~1692e/ Fictional Communications- Title 18 USCS 1001 & 1002 used in Postal-Article with the Postal Meter Number: 023 CIZVAP1 92020. A true and correct copy of the USPIS Complaint is attached and included in document Exhibit-B.

44. As a result of Stanley's dishonor in commerce and absence of any response to Grogan's three private requests, Grogan issues a fourth private-post-article on April 7, 2023, ordering a **'Notice of Final Default and Estoppel'** sent to Stanley via USPS Registered Mail #: RF-352-952-645US, due to

Stanley's lack of response, breach of contract, fraud and all other items stated in the private-post-articles. A true and correct copy of this postal-article is attached and included in document Exhibit-C.

45. At this time, the entire family of Grogan is dealing with direct-family-health-issues that arose two months prior (March) between the Mother who has critical-health-complications including intensive heart clots and the brother who went to the hospital due to a stroke. Both to date, continue to need assistance in living showing little or no improvement.

46. April 20, 2023, defendant Stanley violates the ordered Estoppel by sending a postal article to Grogan regarding collection of a balance of $15,967.80 and nothing in regard to the Notice of Default/Estoppel that was ordered/ issued to Stanley a few weeks prior.

47. April 20, 2023, Grogan files his fourth Mail-Fraud complaint with the United States Postal Inspector Service (USPIS) regarding the Fraud and Misleading Statements-Title~15: USCS~1692e/ Fictional Communications-Title 18 USCS 1001 & 1002 used in Postal-Article sent to Grogan. A true and correct copy of the USPIS Complaint is attached and included in document Exhibit-B.

48. On April 27, 2023, already in default, defendant Stanley finally sends Grogan an **Acknowledgment Letter stating that Grogan's letters/ requests towards the Account are under review.**

49. A few weeks later, on May 16, 2023, defendant Stanley violates the Estoppel again by sending Grogan a standard notice with hardship information packet and nothing regarding Grogan's numerous requests of the Account that he was told was under review nor any results of such review, thus operating in dishonor of commerce.

50. On May 18, 2023, defendant Stanley continues to harass Grogan by sending a monthly mortgage statement with an overdue balance.

51. May 23, 2023, Defendant Tracy Rogers, claiming to be vice president and present beneficiary of MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. ("MERS"), *as nominee for CMG MORTGAGE, INC DBA CMG FINANCIAL its successor's and assigns, (assignor) under the deed of trust for the alleged loan*, records a **Corporate Assignment of Deed of Trust** *conveying, granting, transferring and setting all of its rights, title, and interest in the described Deed of Trust, representation or warranty, including all liens and any rights due or to become due to FREEDOM MORTGAGE CORPORATION* as described on the CORPORATE ASSIGNMENT DEED OF TRUST recorded on May 31, 2023 at the SAN DIEGO COUNTY

RECORDER'S office DOC#: 2023-0141073. A true and correct copy of this CORPORATE ASSIGNMENT DEED OF TRUST is attached as EXHIBIT-D.

52. Claimant alleges that the amount of the alleged default claimed in the Notice of Default was not accurate and complete and lacks support by competent and factual evidence.

53. On June 1, 2023, defendant Stanley harasses Grogan once again by sending another duplicate copy of the standard notice with hardship information packet and again, nothing regarding Grogan's requests or any review results.

54. On June 26, 2023, defendant Stanley damages/ dishonors/ harasses Grogan again by sending Grogan a **'Notice of Referral to Foreclosure'**.

55. On June 28, 2023, Defendant Giovanna Nichelson, Trustee Sale Officer of NESTOR SOLUTIONS, LLC claiming as active trustee under Deed of Trust SAN DIEGO COUNTY RECORDER DOC#: 2023-0169328 records a Notice of Default and Election to Sell under Deed of Trust claiming that claimant was in default on the alleged loan in the amount of $20,611.79 as of June 23, 2023. Also attached to said Notice of Default and Election to Sell under Deed of Trust is a CALIFORNIA DECLARATION OF COMPLIANCE signed by Defendant Cierra Padgett as Agent/ Employee for FREEDOM MORTGAGE dated June 23, 2023.

56. July 18, 2023, defendant Stanley harasses Grogan once again with another post article regarding a balance due/ late notice.

57. Several months have passed without any communication from Stanley's last mailing of July 18, 2023.

58. On September 29, 2023, Grogan is served with a 'Notice of Trustee's Sale' scheduled for November 1, 2023, at 10:00AM at the entrance to the East County Regional Center by the statue, 250 E. Main St., El Cajon, CA 92020 for the amount of unpaid balance and other charges of $492.127.28.

59. On October 9, 2023, Grogan receives another 'Notice of Trustee's Sale' from Nestor attached to his front gate.

60. On October 18, 2023, in response to this posting from Defendant Nestor, Grogan issues a private-postal-article sent via USPS Certified #: 9589-0710-5270-1298-9785-42(FREEDOM) and 9589-0710-5270-1298-9785-35 (Nestor) to Defendants FREEDOM and Nestor giving notice pursuant to the Fair Debt Collection Practices Act, Title 15 USC-1692g§809(b) that the debt is disputed, and validation is again requested. Notice of violations of the Fair Credit Reporting Act, Fair Debt Collection Practices Act, and; defamation of character was also stated in the demand letter along with a cease and desist on any collection activity for a period of 30 days once Grogan receives the

requested documentation for sufficient time for investigation of these documents.

61. On October 20, 2023, Grogan issues a private-postal-article sent via USPS Certified #: 9589-0710-5270-1298-9785-11(FREEDOM) and 9589-0710-5270-1298-9785-28 (Nestor) to Defendants FREEDOM and Nestor giving notice pursuant to the Fair Debt Collection Practices Act, Title 15 USC-1692g§809(b) that the debt is disputed, and <u>validation</u> is again requested. Notice of violations of the Fair Credit Reporting Act, Fair Debt Collection Practices Act, and; defamation of character was also stated in the demand letter along with a cease and desist on any collection activity for a period of 30 days once Grogan receives the requested documentation for sufficient time for investigation of these documents.

62. As the Defendant's CMG FINANCIAL, Stanley and MERS have been in commercial Default Status since April 7, 2023, in regard to the unverified security instrument, unverified DEED OF TRUST and unverified Account/Debt, Grogan as active Investor/ Protector/ Guardian/ Trustee, Secured-Party, Principal/ Attorney-in-fact and Authorized-Agent of the BRIAN ANTHONY GROGAN ESTATE ordered and recorded a QUITCLAM DEED conveying, granting, transferring and setting all of its rights,

Certificate of Acceptance of Declaration of United States Land-Patent-Lodial-Title #989 dated September 3, 1890 and held in the public trust by the UNITED STATES BUREAU OF LAND MANAGEMENT and claimed with authority by the living-man : brian-anthony: grogan with a certified copy dated September 28, 2021 and published in the UPTOWN SAN DIEGO EXAMINER ON APRIL-MAY 2022, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA (2015.5 C.C.P); and all interest in the Real Property to a Private Secured Party held in trust, representation or warranty, including all rights as described on the QUITCLAIM DEED recorded on November 30, 2023 at the SAN DIEGO COUNTY RECORDER'S office DOC#: 2023-0330738. A true and correct copy of this QUITCLAIM DEED, Certificate of Acceptance of Declaration of United States Land-Patent-Lodial-Title #989 dated September 3, 1890, with a certified copy dated September 28, 2021, published in the UPTOWN SAN DIEGO EXAMINER ON APRIL-MAY 2022, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA (2015.5 C.C.P), are attached as document Exhibit-E.

63. With no response from the Defendants Stanley or Nestor nor having any of the requested files or documentation for validation of the alleged debt as requested, Grogan has no choice but to file for a potential bankruptcy with

the UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF CALIFORNIA on November 30, 2023, seeking to validate any and all claims made by creditors so he may honor and satisfy any valid contracts and put a halt to this highly stressful legal dispute, threatening to damage the Estate.

64. On December 4, 2023, Claimant Grogan is served with a 'NOTICE OF POSTPONEMENT OF TRUSTEE'S SALE' by Defendant NESTOR SOLUTIONS, LLC.

65. Attempting to rectify this dispute, on December 30, 2023, Grogan again sends the Defendants CMG, FREEDOM, MERS, NATIONWIDE TITLE CLEARING, LLC and CENLAR a Notice of Conditional Acceptance of Debt Upon Proof of Claim via USPS Registered Mail #: RF-565-963-364US/ RF-565-963-378US/ RF-565-963-381US/ RF-565-963-395US/ RF-565-963-404US and RF-565-963-418US.

66. On January 26, 2024, Grogan sends the Defendants CMG, FREEDOM, MERS, NATIONWIDE TITLE CLEARING, LLC and CENLAR a second (2nd) Notice of Conditional Acceptance of Debt Upon Proof of Claim/ Notice of Fault/ Opportunity to Cure via USPS Registered Mail .

67. On February 15, 2024, Grogan sends the Defendants CMG, FREEDOM, MERS, NATIONWIDE TITLE CLEARING, LLC and CENLAR a third (3rd) Notice of Final Default/ Estoppel via USPS Registered Mail.

68. On May 7, 2024, Grogan sends contracts a California Judicial Officer of the Secretary of State/ Notary to serve Defendants Stanley via USPS Certified Mail #: 9589-0710-5270-1615-7264-12 and Defendant Tracy (MERS) via USPS Certified Mail #: 9589-0710-5270-1615-7264-29 both a NOTICE OF ACCEPTANCE/ PRESENTMENT/ REQUEST FOR STATEMENT OF ACCOUNT AND TENDER FOR SETOFF OF ACCOUNT.

69. On June 14, 2024, Grogan sends contracts a California Judicial Officer of the Secretary of State/ Notary to serve Defendants Stanley via USPS Certified Mail and Defendant Tracy (MERS) via USPS Certified Mail both an ADMINISTRATIVE JUDGMENT.

## FIRST CAUSE OF ACTION

(Declaratory Relief Against Defendants)

70. Claimant hereby repeats, repleads and incorporates herein by reference each and every preceding allegation as though restated in full in this cause of action.

71. An actual controversy has arisen between the parties in relation to the interpretation and performance of the Contract/ Agreement, in that that

Defendants are claiming the right to default of said contract and ownership interest in the Property.

72. Claimant seeks a judicial declaration that Grogan (including his associated private secured investor parties) are entitled to a 100% interest in the Property and that any subsequent buyer's interest is junior and subject to Grogan's 100% ownership interest.

## <u>SECOND CAUSE OF ACTION</u>

### (Quiet Title Against All Defendants)

73. Grogan hereby repeats, repleads and incorporates herein by reference each and every preceding allegation as though restated in full in this cause of action.

74. By virtue of the Agreement, Grogan has a 100% ownership interest in the Property.

75. Grogan is informed and believes and on that basis alleges that the defendants dispute Grogan's 100% interest in the Property and that the defendants may claim an interest in the Property that is superior to Grogan's, since they are claiming Grogan was in default of such contract/ agreement.

76. Grogan seeks to quiet title to the Property by establishing Grogan's 100% ownership interest in the Property as of April 7, 2023, when Defendants did

not perform to official communications sent to them and as a result, fell into Final Default and Estoppel.

### THIRD CAUSE OF ACTION

(Breach of Contract Against Defendants)

77. Grogan hereby repeats, repleads and incorporates herein by reference each and every preceding allegation as though restated in full in this cause of action.

78. Grogan and Defendants entered into the Agreement.

79. Grogan did all, or substantially all, of the significant things the Agreement required him to do, except to the extend his obligations were excused.

80. Defendants clearly and positively indicated through their actions and lack of professional conduct that they will not meet the requirements of the Agreement.

81. Specifically, Defendants indicated that they intend to sell the Property and to provide Grogan with far less than his 100% ownership interest in the proceeds of the Property's sale.

82. Defendant's anticipatory breach of the Agreement has caused harm to Grogan. Grogan will be deprived of a significant portion of his 100% ownership interest in the Property.

83. Defendant's anticipatory breach of the Agreement is a substantial factor in causing Grogan's harm.

84. Claimant's additional causes of action will be amended with a future filing including additional exhibits and Defendants known and unknown with such amendment.

## **JURY TRIAL**

85. Comes now the Claimant in the above styled case, by and through undersigned counsel, and demands a trial by jury in this case.

*The right of trial by jury as declared by the Seventh Amendment to the Constitution— or as provided by a federal statute Rule 38. Right to a Jury Trial; Demand.*

## **PRAYER**

WHEREFORE, Grogan prays for judgment against the defendants as follows:

1. for compensatory damages according to proof;

2. for costs of suit incurred herein;

3. for a judicial declaration that Grogan is entitled to a 100% interest in the Property pursuant to the Agreement and that any subsequent buyer's interest is junior and subject to Grogan's 100% ownership interest (including private secured investor parties);

CLAIMANT, : brian-anthony: grogan dba GROGAN, BRIAN A. VERIFIED COMPLAINT

4. for a judgment quieting title to the Property affirming that Grogan has a
   100% ownership interest in the Property as of April 7, 2023; and for such
   other and further relief as the Court considers proper.

I declare under penalty of perjury under the laws of the State of California and the
United States of America that the foregoing is true and correct.


Dated: September 16, 2024,          **BRIAN A. GROGAN** (CORPORATE-ENTITY)


                    By: : brian-anthony: grogan dba GROGAN, BRIAN A.
                    : brian-anthony: grogan dba GROGAN, BRIAN A
                    Authorized-Agent/ Attorney-in-Fact/ Sui Juris.