Jamie Mottola (State Bar No. 309934)
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
Jamie.Mottola@Dinsmore.com
Attorneys for Defendants,
ARCHWELL HOLDINGS LLC;
ARCHWELL MANAGEMENT LLC; NESTOR SOLUTIONS LLC, NESTOR TRUSTEE SOLUTIONS LLC, MERSCORP HOLDINGS INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. A.K.A. "MERS", FREEDOM MORTGAGE CORPORATION DBA FREEDOM MORTGAGE,
STANLEY C. MIDDLEMAN, MICHAEL MIDDLEMAN AND GREGORY MIDDLEMAN

**UNITED STATE DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN A. GROGAN,<br><br>Plaintiff,<br>v.<br><br>ARCHWELL HOLDINGS LLC d/b/a ARCHWELL MANAGEMENT LLC d/b/a NESTOR SOLUTIONS LLC / NESTOR TRUSTEE SOLUTIONS LLC, MERSCORP HOLDINGS INC. d/b/a MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. a/k/a "MERS", FREEDOM MORTGAGE CORPORATION d/b/a FREEDOM MORTGAGE, ALLY BANK, NATIONWIDE TITLE CLEARING, LLC, LARSON FINANCIAL HOLDINGS LLC d/b/a | Case No. 3:24-cv-01618-JLS-DEB<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>**Related Case:** 24-cv-2175-DMS-VET<br><br>Complaint Filed: September 10, 2024 |

CENLAR, FLAGSTAR BANK and all the following natural men/women individually known as: Stanley C. Middleman, Tracy Rogers, Steven Shaw, John Hillman, Giovanna Nichelson, Michael Middleman, Gregory Middleman and DOES 1 to 50,

Defendants.

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION:

PLEASE TAKE NOTICE Defendants, Freedom Mortgage Corporation ("Freedom"), Archwell Holdings LLC erroneously named as Archwell Holdings LLC D/B/A Archwell Management LLC D/B/A Nestor Solutions LLC/Nestor Trustee Solutions LLC, Archwell Management LLC erroneously named as Archwell Holdings LLC D/B/A Archwell Management LLC D/B/A Nestor Solutions LLC/Nestor Trustee Solutions LLC, Nestor Solutions LLC erroneously named as Nestor Solutions LLC/Nestor Trustee Solutions LLC, Nestor Trustee Solutions LLC erroneously named as Nestor Solutions LLC/Nestor Trustee Solutions LLC (collectively known as "Archwell"), Merscorp Holdings Inc. erroneously named Merscorp Holdings Inc. D/B/A Mortgage Electronic Registration Systems Inc. A/K/A "MERS", Mortgage Electronic Registration Systems Inc. A/K/A "MERS", Stanley C. Middleman, Gregory Middleman, and Michael Middleman (collectively, "Defendants"), through undersigned counsel, hereby provides notice of the action entitled *Brian Grogan v. Defendants CMG Mortgage, Inc., Stanley C. Middleman-Individually dba Freedom Mortgage Corporation, CMG Mortgage, Ally Bank and Does 1 to 50,* ("Related Action"), which was removed from the San Diego County Superior Court to this Court, Case No. 24-cv-2175-DMS-VET. The Related Action involves the similar parties, similar claims, and similar questions of law and fact that are being considered by the Court in this matter.

In the instant matter, Plaintiff, Brian Grogan ("Plaintiff") filed an Amended Complaint on October 8, 2024. The Amended Complaint alleges several violations of the FCRA, based on Defendants' alleged credit reporting after the Bankruptcy[1] discharge. *See generally,* Amended Complaint, Doc No. 12. Plaintiff alleges several facts related to FICO scores (Amended Complaint, Doc No. 12, ¶¶ 132-183), Metro 2 guidelines (Amended Complaint, Doc No. 12, ¶¶ 149-161), E-Oscar (Amended Complaint, Doc No. 12, ¶¶ 162-163), Bankruptcy reporting and industry standards (Amended Complaint, Doc No. 12, ¶¶ 165-183), Plaintiff's Bankruptcy and credit reporting of the mortgage subsequent to the Bankruptcy (Amended Complaint, Doc No. 12, ¶¶184-199). Based on the allegations, Plaintiff asserts violations of the FCRA, the CCRA, § 1785.25(a), the California Civil Code § 2923 et seq., and Business & Professional Code § 17200, et seq. against Defendants. *Id*.

While this matter was pending, Plaintiff ("Plaintiff") filed the Amended Complaint in the Related Action. The Related Action Amended Complaint alleges, among other things, the same causes of action as previously listed in the instant Amended Complaint, including violations of the FCRA, the CCRA, § 1785.25(a), the California Civil Code § 2923 et seq., and Business & Professional Code § 17200, et seq., based on the foreclosure and the credit reporting of the Deed of Trust. *Id*. Plaintiff challenges the foreclosure, the underlying debt, asserts that Freedom's credit reporting is inaccurate and misleading. The operative Complaints are nearly identical.

The instant action and Related Action are related cases, because each action involves (1) the same property; (2) the same and/or similar claims; and (3) the same questions of fact and/or law.

As alleged in the Related Action, Plaintiff owns real property located 1540 East Chase Avenue, El Cahon, California 92020 (the "Property"). Related Action Amended Complaint ("Compl."), ¶¶ 9-11. On June 17, 2015, Brian A. Grogan obtained a $566,086.00 loan ("Loan") from CMG Mortgage, Inc. d.b.a. CMG

[1] (*In re Grogan,* Case No. 23-03758 (Bankr. Southern California)).

Financial ("CMG") as the lender, secured by a first position deed of trust held by Mortgage Electronic Registration Systems, as beneficiary and as nominee for CMG, its successors and assigns ("MERS"), (the "Loan"). *Id*.

Plaintiff filed the Amended Complaint in the Related Action to force Defendants to stop foreclosure and force Defendants to defend both actions. The instant Amended Complaint and the Related Action Amended Complaint are virtually identical, based on the same facts, identical causes of action, and seeks similar relief. Defendants submit that the Related Action and instant action are similarly frivolous and lacking in merit. Accordingly, Defendants are properly filing the instant Notice of Related Cases.

Dated: December 6, 2024

DINSMORE & SHOHL LLP

By: /s/ Jamie Mottola
Jamie Mottola (State Bar No. 309934)

Attorney for Defendants
ARCHWELL HOLDINGS LLC;
ARCHWELL MANAGEMENT LLC;
NESTOR SOLUTIONS LLC, NESTOR TRUSTEE SOLUTIONS LLC, MERSCORP HOLDINGS INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. A.K.A. "MERS", FREEDOM MORTGAGE CORPORATION DBA FREEDOM MORTGAGE,
STANLEY C. MIDDLEMAN, MICHAEL MIDDLEMAN AND GREGORY MIDDLEMAN

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on December 6, 2024, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Dated: December 6, 2024

DINSMORE & SHOHL LLP

By: */s/ Jamie Mottola*
Jamie Mottola (State Bar No. 309934)

Attorney for Defendant
ARCHWELL HOLDINGS LLC;
ARCHWELL MANAGEMENT LLC; NESTOR SOLUTIONS LLC, NESTOR TRUSTEE SOLUTIONS LLC, MERSCORP HOLDINGS INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. A.K.A. "MERS", FREEDOM MORTGAGE CORPORATION
DBA FREEDOM MORTGAGE,
STANLEY C. MIDDLEMAN, MICHAEL MIDDLEMAN AND GREGORY MIDDLEMAN

///

///

///

///

///

///

///

///

///