# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ANTHONY GROGAN,<br><br>                    Plaintiff,<br><br>v.<br><br>ARCHWELL HOLDINGS LLC, et al.,<br><br>                    Defendants. | Case No.: 24-cv-1618-BJC-DEB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>**[ECF Nos. 56, 59]** |

      On February 26, 2025, the Court issued an Order to Show Cause ("OSC") as to why the instant case should not be dismissed for Plaintiff's failure to respond to Defendants' motions to dismiss. ECF No. 56. The Court's OSC order stated that Plaintiff could show adequate cause by either "filing an opposition to Defendants' motion or requesting an extension of time to do so supported by good cause." *Id.* In addition, Plaintiff was warned that "failure to file an adequate response [by February 28, 2025] . . . would result in the Court dismissing the action." *Id.*

      On March 5, 2025, Plaintiff filed a document titled "Affidavit In Support Of Motion," where Plaintiff alleges, among other things, that the "US District Court [for the] Southern District of California has not properly served Grogan with all recordings and filings and[sic] since November 26, 2024." ECF No. 56 at 14. Plaintiff also requests that

the Court grant a "Motion to Quash Service of all related filings" and grant Plaintiff an extension to file and amended complaint. *Id.* at 17. Presumably, this was in response to Plaintiff being served with all orders issued by the Court via U.S. Mail, including the OSC issued on February 26, 2025. ECF No. 56; *see also docket generally*. Upon review, Plaintiff's March 5, 2025 filing cannot be construed as being responsive to the Court's OSC. As such, despite the Court's advisement, Plaintiff has not adequately responded to the February 26, 2025 OSC.

For the reasons articulated above, the case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: March 21, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge